Electronically Filed - Clay - January 20, 2020 - 04:21 PM

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
STATE OF MISSOURI

| | |
|---|---|
| YVETTE BURKE, and ,<br>DANNY CRUMP, | ) |
| | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. _____ |
| | ) |
| | ) **JURY TRIAL DEMANDED** |
| | ) |
| WAL-MART STORES EAST, INC<br>d/b/a WALMART SUPERCENTER #234, | ) |
| | ) |
| **SERVE AT:** | ) |
| REGISTERED AGENT: | ) |
| CT Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, MO  63105 | ) |
| | ) |
| WAL-MART STORES EAST I, LP<br>f/k/a WAL-MART STORES, INC.<br>d/b/a WALMART SUPERCENTER #234, | ) |
| | ) |
| **SERVE AT:** | ) |
| REGISTERED AGENT: | ) |
| CT Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, MO  63105 | ) |
| | ) |
| and | ) |
| | ) |
| WALMART INC.<br>d/b/a WALMART SUPERCENTER #234, | ) |
| | ) |
| **SERVE AT:** | ) |
| REGISTERED AGENT: | ) |
| CT Corporation System | ) |
| 120 South Central Avenue | ) |
| Clayton, MO  63105 | ) |
| | ) |
| Defendants. | ) |

## PETITION FOR PERSONAL INJURY

COME now the Plaintiffs and for their claim against defendant state:

1.     Plaintiffs are residents of Jackson County, Missouri.

2.     Plaintiffs Yvette Burke and Danny Crump are now married and have been continually married since the date of Yvette Burke's injury described herein.

3.     The Defendant corporations are and were at all relevant times herein corporations duly organized and existing at law and were registered to conduct business in the State of Missouri and in fact conducted business in Clay County, Missouri.

4.     Venue is proper in Clay County, Missouri under R.S.Mo. 508.010 since Clay County is where the Plaintiff was first injured by the acts and conduct alleged herein, and jurisdiction is proper in Clay County.

5.     Defendants either individually, or collectively, at all relevant times were in possession of a premises in Clay County, Missouri known as Walmart Store #234 at 8301 N. Church Road, Kansas City, MO 64158 and at this location Defendants operated a retail store.

6.     On or about September 29, 2013, Plaintiff Yvette Crump ("Yvette" or "Plaintiff") fell when she stepped on a slick substance in the floor.  Yvette was walking behind a Walmart employee who either spilled the substance on the floor or walked through the spilled substance and Plaintiff's fall was witnessed by Walmart employees who immediately investigated the fall, questioned Plaintiff about the fall, cleaned the substance from the floor and requested that an ambulance come to the scene to transport Plaintiff to the hospital.

7.     Plaintiff entered into an attorney fee agreement with prior law firms, and not the law firm currently representing the Plaintiff (hereinafter collectively called "Prior Attorneys") on October 9, 2013, shortly after the accident.

8.     The Prior Attorneys negotiated with Walmart, furnished medical records and bills to Walmart and attempted to negotiate the settlement of Plaintiff's claim including exchange of settlement offers.  Walmart participated in the negotiations, claiming that they were representing the interests of "Wal-Mart Stores, Inc."

9.     Settlement discussions failed and on or about September 24, 2018, four days before the running of the statute of limitations, the Prior Attorneys filed a lawsuit in the Circuit Court of Clay County, Missouri against "Wal-Mart Stores East, Inc. d/b/a Wal-Mart Supercenter #234", in a case styled <u>Yvette Burke v. Wal-Mart Stores East, Inc. d/b/a Wal-Mart Supercenter #234</u>, Clay County Case No. 18CY-CV09648.

10.     On January 9, 2002, Defendants filed a registration of fictitious name for the business entity Walmart Store #234 showing that said store was being operated by "Walmart Stores East, LP."  On July 22, 2009 the Defendants canceled this fictitious name registration.  On May 12, 2011, Defendants filed a registration of fictitious name for the business entity Walmart #234 showing that said store was being operated by "Wal-Mart Stores East I, LP."  On May 27, 2016, Defendants filed a registration of fictitious name for the business entity Walmart #234 showing that said store was being operated by "Wal-Mart Stores East I, LP."

11.     The records of the Missouri Secretary of State now, and at the time the suit was filed, disclosed that "Walmart Stores East, Inc." filed an Application for Certificate of Withdrawal of Foreign Corporation on June 11, 2013 and on June 18, 2013 the Missouri Secretary of State issued a Certificate of Withdrawal for said corporation.

12.     The Prior Attorneys requested summons and summonses were issued for service by registered mail on Defendants "Walmart Stores East LP, DBA Walmart Supercenter #234" and on "Walmart Stores East, I LP DBA Walmart Supercenter #234" and "Walmart Stores East, LP

DBA Walmart Supercenter #234". The records of the Court do not disclose whether these summonses were served; however, Defendants received notice of the institution of the lawsuit.

13.     On or about April 24, 2019, the Prior Attorneys filed a "Dismissal Without Prejudice" pursuant to Missouri Rule 67.02 and informed Plaintiff that she had one year to refile her lawsuit.

14.     Plaintiffs file this lawsuit within one year of the dismissal. This pleading is an amended pleading arising out of the conduct or occurrence set forth or attempted to be set forth in the original pleading in the action filed in Clay County on or about September 25, 2018 and the amendment, pursuant to Missouri Rule 55.33, relates back to the date of the original pleading, September 25, 2018. Further, as described above, Defendants were fully aware of Plaintiff's fall and injury, immediately investigated the fall, engaged in active settlement negotiations and exchange of information with Prior Attorneys and were fully informed about the existence and detail of Plaintiff's claim. Therefore, this pleading relates back to September 25, 2018 because (1) the Defendants received such notice of the prior action as will not prejudice the party in maintaining the parties defense on the merits and (2) Defendants knew or should have known that but for a mistake concerning the identity of the proper party, the action would have been brought against that party.

15.     Because of the confusion attendant to the various and changing registration of fictitious names for Walmart Store #234 and Walmart #234, Plaintiff did not know the name of the entity operating Walmart Store #234 at the time of Plaintiff's injury on September 29, 2013, and, therefore, now name as Defendants all Walmart entities licensed to do business in the State of Missouri at the time of Plaintiff's injury.

16.     There was liquid or some other substance of similar quality that caused the floor to be slippery that spilled on the floor that caused Plaintiff's fall and as a result, the floor was dangerous and not reasonably safe.

17.     Defendants had a duty to keep the premises in a condition that was reasonably safe and free of dangerous conditions, and knew or should have known of this dangerous and unsafe condition, or created the dangerous and unsafe condition, and failed to use ordinary care to remove the spill, barricade the area, or warn of the dangerous and unsafe condition.

18.     As a direct result of such failure, Plaintiff Yvette Burke was caused to suffer and sustain severe and disabling injuries and has been and will in the future require medical treatment and has been and will in the future lose time from her work and in now permanently and totally disabled from work, has been and will be in the future be caused to refrain from her normal pursuits, and her injuries are permanent and progressive.

19.     As a direct result of Defendants' negligence Plaintiff Yvette Burke is unable to participate in many of the normal activities of a marriage and Plaintiff Danny Crump has therefore lost the services and companionship of his wife.

WHEREFORE, Plaintiffs Yvonne Burke and Danny Crump demand judgment against Defendants in an amount that is fair and reasonable to compensate them for their injuries and for such further relief as the court deems proper.

Respectfully submitted,

BUCHANAN, WILLIAMS & O'BRIEN, P.C.

By: _____
        James V. O'Brien, #31161
        Andrew S. Buchanan, #53824
        Attorney at Law
        1105 E. 32nd Street, Suite 5
        Joplin, MO 64804
        Telephone:  417-781-8280
        FAX:  417-781-9706
        Email: abuchanan@bwoattorneys.com
                  jobrien@bwoattorneys.com

*ATTORNEY FOR PLAINTIFF*

**20CY-CV00825**

Case Number (For Court Use Only) _____

## CONFIDENTIAL CASE FILING INFORMATION SHEET – NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**

✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)

✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is **required** pursuant to Missouri Supreme Court Operating Rule 4.07 if the party is a person and is reasonably available. This is a confidential document. This information is needed to open a case in the court's case management system. While cases deemed public under Missouri statutes can be accessed through Case.net, the day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net.

Filing Date: 1-20-2020     County/City of St. Louis: Clay County

Style of Case: Yvette Burke and Danny Crump v. Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, et al.
(i.e. In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: TF     Case Type Description: Personal Injury - Other

---

Party Type Code: PLT     Party Type Description: Plaintiff

Name (if a person): (Last) Burke     (First) Yvette     (Middle)

Organization (if non-person):

Address: P.O. Box 28875

City: Kansas City     State: MO     Zip: 64188     Contact Telephone Number: 816-745-4667

DOB/DOD: 08-14-1965     Gender: ☐ Male ☑ Female     SSN: 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

Attorney Name (if represented by counsel): Andrew S. Buchanan     Bar ID: 53824     Party Type Code: APLT

---

Party Type Code: PLT     Party Type Description: Plaintiff

Name (if a person): (Last) Crump     (First) Danny     (Middle)

Organization (if non-person):

Address: P.O. Box 28875

City: Kansas City     State: MO     Zip: 64188     Contact Telephone Number: 816-745-4667

DOB/DOD: 08-18-1960     Gender: ☑ Male ☐ Female     SSN: 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

Attorney Name (if represented by counsel): Andrew S. Buchanan     Bar ID: 53824     Party Type Code: APLT

---

Party Type Code: DFT     Party Type Description: Defendant

Name (if a person): (Last)     (First)     (Middle)

Organization (if non-person): Wal-Mart Stores East, Inc. d/b/a Walmart Supercenter #234

Address: c/o Registered Agent: CT Corporation System, 120 South Central Ave.

City: Clayton     State: MO     Zip: 63105     Contact Telephone Number:

DOB/DOD:     Gender: ☐ Male ☐ Female     SSN:

Attorney Name (if represented by counsel):     Bar ID:     Party Type Code:

---

Submitted by: Andrew S. Buchanan     Bar ID (required if attorney): 53824

Address (if not shown above): 1105 E. 32nd St., Ste. 5

City: Joplin     State: MO     Zip: 64804

Phone: 418-623-8220     Email Address: abuchanan@bwoattorneys.com

**\*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address or employment.\***

OSCA (05-13) FI-05

Case Number (For Court Use Only) _____

## CONFIDENTIAL CASE FILING INFORMATION SHEET – NON-DOMESTIC RELATIONS

**INSTRUCTIONS:**
- ✓ Complete this form for all parties known at the time of filing. Provide the most appropriate Case Type and Party Type codes and descriptions. (Found on the Case Types List and Party Types List at www.courts.mo.gov on the Court Forms/Filing Information page.)
- ✓ If additional space is needed, complete additional Confidential Case Filing Information Sheets.

**NOTE:** The **full** Social Security Number (SSN) is **required** pursuant to Missouri Supreme Court Operating Rule 4.07 if the party is a person and is reasonably available. This is a confidential document. This information is needed to open a case in the court's case management system. While cases deemed public under Missouri statutes can be accessed through Case.net, the day and month of birth, SSN, and confidential addresses are NOT provided to the public through Case.net.

Filing Date: 1-20-2020　　　　County/City of St. Louis: Clay County

Style of Case: Yvette Burke and Danny Crump v. Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, et al.
(i.e. In the Estate of; In the Matter of; Petitioner v. Respondent.)

Case Type Code: TF　　　Case Type Description: Personal Injury - Other

---

Party Type Code: DFT　　Party Type Description: Defendant

Name (if a person): (Last) _____ (First) _____ (Middle) _____

Organization (if non-person): Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores, Inc. d/b/a Walmart Supercenter #234

Address: c/o Registered Agent: CT Corporation System, 120 South Central Ave.

City: Clayton　　State: MO　Zip: 63105　　Contact Telephone Number: _____

DOB/DOD: _____　Gender: ☐ Male ☐ Female　SSN: _____

Attorney Name (if represented by counsel): _____ Bar ID: _____ Party Type Code: _____

---

Party Type Code: DFT　　Party Type Description: Defendant

Name (if a person): (Last) _____ (First) _____ (Middle) _____

Organization (if non-person): Walmart Inc. d/b/a Walmart Supercenter #234

Address: c/o Registered Agent: CT Corporation System, 120 South Central Ave.

City: Clayton　　State: MO　Zip: 63105　　Contact Telephone Number: _____

DOB/DOD: _____　Gender: ☐ Male ☐ Female　SSN: _____

Attorney Name (if represented by counsel): _____ Bar ID: _____ Party Type Code: _____

---

Party Type Code: _____　Party Type Description: _____

Name (if a person): (Last) _____ (First) _____ (Middle) _____

Organization (if non-person): _____

Address: _____

City: _____　State: _____　Zip: _____　Contact Telephone Number: _____

DOB/DOD: _____　Gender: ☐ Male ☐ Female　SSN: _____

Attorney Name (if represented by counsel): _____ Bar ID: _____ Party Type Code: _____

---

Submitted by: Andrew S. Buchanan　　　　Bar ID (required if attorney): 53824

Address (if not shown above): 1105 E. 32nd St., Ste. 5

City: Joplin　　　　　　　State: MO　Zip: 64804

Phone: 418-623-8220　　　　Email Address: abuchanan@bwoattorneys.com

*IMPORTANT: It is the parties' responsibility to keep the court informed of any change of address or employment.*

OSCA (05-13) FI-05

Electronically Filed - Clay - January 20, 2020 - 04:33 PM

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
STATE OF MISSOURI

YVETTE BURKE, and ,             )
DANNY CRUMP,                  )
                                  )
          Plaintiffs,         )
                                    )
vs.                                )  Case No. _____
                                  )
                                  )  **JURY TRIAL DEMANDED**
                                  )
WAL-MART STORES EAST, INC     )
d/b/a WALMART SUPERCENTER #234,  )
                                  )
**SERVE AT:**                   )
       REGISTERED AGENT:      )
       CT Corporation System        )
       120 South Central Avenue     )
       Clayton, MO  63105          )
                                  )
WAL-MART STORES EAST I, LP    )
f/k/a WAL-MART STORES, INC.     )
d/b/a WALMART SUPERCENTER #234,  )
                                  )
**SERVE AT:**                   )
       REGISTERED AGENT:      )
       CT Corporation System        )
       120 South Central Avenue     )
       Clayton, MO  63105          )
                                  )
            and                )
                                  )
WALMART INC.                 )
d/b/a WALMART SUPERCENTER #234,  )
                                  )
**SERVE AT:**                   )
       REGISTERED AGENT:      )
       CT Corporation System        )
       120 South Central Avenue     )
       Clayton, MO  63105          )
                                    )
          Defendants.        )

## MOTION FOR A SPECIAL PROCESS SERVER

COME NOW Plaintiffs Yvette Burke and Danny Crump, by and through their undersigned counsel, and request an order appointing Robert Pedroli, III as a Special Process Server per Supreme Court Rules 54.01 and 54.13 to serve the Petition for Personal Injury and Summons on Defendants Wal-Mart Stores East, Inc. d/b/a Walmart Supercenter #234, c/o Registered Agent, CT Corporation, 120 South Central Avenue, Clayton, MO 63105; Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores, Inc. d/b/a Walmart Supercenter #234, c/o Registered Agent, CT Corporation, 120 South Central Avenue, Clayton, MO 63105; and Walmart Inc. d/b/a Walmart Supercenter #234, c/o Registered Agent, CT Corporation, 120 South Central Avenue, Clayton, MO 63105.

Respectfully submitted,

BUCHANAN, WILLIAMS & O'BRIEN, P.C.

By: _/s/ James V. O'Brien_____
       James V. O'Brien, #31161
       Andrew S. Buchanan, #53824
       Attorney at Law
       1105 E. 32nd Street, Suite 5
       Joplin, MO 64804
       Telephone: 417-781-8280
       FAX: 417-781-9760
       Email: abuchanan@bwoattorneys.com
             jobrien@bwoattorneys.com

*ATTORNEY FOR PLAINTIFF*

Electronically Filed - Clay - January 20, 2020 - 04:34 PM

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
STATE OF MISSOURI

| | | |
|---|---|---|
| YVETTE BURKE, and , | ) | |
| DANNY CRUMP, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. _____ |
| | ) | |
| | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| WAL-MART STORES EAST, INC | ) | |
| d/b/a WALMART SUPERCENTER #234, | ) | |
| | ) | |
| **SERVE AT:** | ) | |
| REGISTERED AGENT: | ) | |
| CT Corporation System | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO  63105 | ) | |
| | ) | |
| WAL-MART STORES EAST I, LP | ) | |
| f/k/a WAL-MART STORES, INC. | ) | |
| d/b/a WALMART SUPERCENTER #234, | ) | |
| | ) | |
| **SERVE AT:** | ) | |
| REGISTERED AGENT: | ) | |
| CT Corporation System | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO  63105 | ) | |
| | ) | |
| and | ) | |
| | ) | |
| WALMART INC. | ) | |
| d/b/a WALMART SUPERCENTER #234, | ) | |
| | ) | |
| **SERVE AT:** | ) | |
| REGISTERED AGENT: | ) | |
| CT Corporation System | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO  63105 | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER APPOINTING SPECIAL PROCESS SERVER

For good cause shown, as stated in Plaintiffs' Motion for Special Process Server, it is ordered that Robert Pedroli, III is appointed Special Process Server to Serve the Petition for Personal Injury on Defendants Wal-Mart Stores East, Inc. d/b/a Walmart Supercenter #234, Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores, Inc. d/b/a Walmart Supercenter #234, and Walmart Inc. d/b/a Walmart Supercenter #234, in this cause.

_____
Date

_____
JUDGE



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| vs. | |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: **WAL-MART STORES EAST INC**
               Alias:
               **DBA: WAL-MART SUPERCENTER #234**

**RA CT CORPORATION SYSTEM**
**120 S CENTRAL AVE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CLAY COUNTY*

        1/24/2020                              
           Date                                     Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to _____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
    Printed Name of Sheriff or Server               Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____       _____
                                  Date                            Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-93    1 of 1    Civil Procedure Form No. 1, Rules 54.01 – 54.05,
CLAY (2-11) (SMCCCY)                                                                54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00152-BP    Document 1-1    Filed 02/28/20    Page 12 of 27



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
| Plaintiff/Petitioner:<br>YVETTE BURKE<br><br><br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| Defendant/Respondent:<br> WAL-MART STORES EAST INC<br>DBA:  WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  WAL-MART STORES EAST I, LP
Alias:
DBA:  WAL-MART SUPERCENTER #234

RA: CT CORPORATION SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

*COURT SEAL OF*

*CLAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____
Date

_____ Clerk

Further Information:

### Sheriff's or Server's Return

Note to serving officer:  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____       _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____       _____
                                              Date                                              Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-96                Civil Procedure Form No. 1, Rules 54.01 – 54.05,
CLAY (2-11) (SMCCCY)                                                                                                    54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00152-BP   Document 1-1   Filed 02/28/20   Page 13 of 27



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>vs.   BRENTWOOD, MO 63144 |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to:   WAL-MART STORES EAST I, LP<br>Alias:   WAL-MART STORES INC.<br>DBA:   WALMART SUPERCENTER #234 | |

**RA: CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

*COURT SEAL OF*



*CLAY COUNTY*

      You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____       _____
         Date                                    Clerk

Further Information:

---

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_____ (name) _____(title).

☐ other _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____      _____
       Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

           Subscribed and sworn to before me on _____ (date).

*(Seal)*

           My commission expires: _____      _____
                                Date                     Notary Public

---

**Sheriff's Fees**
| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (7-08) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-96   1 of 1   Civil Procedure Form No. 1, Rules 54.01 – 54.05,
CLAY (2-11) (SMCCCY)                                                         54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 4:20-cv-00152-BP   Document 1-1   Filed 02/28/20   Page 14 of 27



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: **20CY-CV00825** |
|---|---|
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| | vs. |
| Defendant/Respondent:<br> WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

**The State of Missouri to:  WALMART, INC.**
                            **DBA:   WALMART SUPERCENTER #234**

**RA: CT CORP. SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

*COURT SEAL OF*

          You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

*CLAY COUNTY*

| 1/24/2020 | |
|---|---|
| Date | Clerk |

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:**  Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by:  (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_____ (name) _____ (title).

☐ other _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

| _____ | _____ |
|---|---|
| Printed Name of Sheriff or Server | Signature of Sheriff or Server |

          **Must be sworn before a notary public if not served by an authorized officer:**

*(Seal)*          Subscribed and sworn to before me on _____ (date).

          My commission expires: _____      _____

| | Date | Notary Public |

| **Sheriff's Fees** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $    10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent.  For methods of service on all classes of suits, see Supreme Court Rule 54.

IN THE CIRCUIT COURT OF CLAY COUNTY, MISSOURI
STATE OF MISSOURI

YVETTE BURKE, and ,                            )
DANNY CRUMP,                                   )
                                               )
              Plaintiffs,                       )
                                               )
vs                                             )    Case No  20cy-CV00825
                                               )
                                               )    **JURY TRIAL DEMANDED**
                                               )
                                               )
WAL-MART STORES EAST, INC                      )
d/b/a WALMART SUPERCENTER #234,                )
                                               )
**SERVE AT:**                                  )
       REGISTERED AGENT:                       )
       CT Corporation System                   )
       120 South Central Avenue                )
       Clayton, MO  63105                       )
                                               )
WAL-MART STORES EAST I, LP                      )
f/k/a WAL-MART STORES, INC.                     )
d/b/a WALMART SUPERCENTER #234,                )
                                               )
**SERVE AT:**                                  )
       REGISTERED AGENT.                        )
       CT Corporation System                   )
       120 South Central Avenue                )
       Clayton, MO  63105                       )
                                               )
              and                              )
                                               )
WALMART INC.                                   )
d/b/a WALMART SUPERCENTER #234,                )
                                               )
**SERVE AT:**                                  )
       REGISTERED AGENT                         )
       CT Corporation System                   )
       120 South Central Avenue                )
       Clayton, MO  63105                       )
                                               )
              Defendants                        )

## ORDER APPOINTING SPECIAL PROCESS SERVER

For good cause shown, as stated in Plaintiffs' Motion for Special Process Server, it is ordered that Robert Pedroli, III is appointed Special Process Server to Serve the Petition for Personal Injury on Defendants Wal-Mart Stores East, Inc d/b/a Walmart Supercenter #234, Wal-Mart Stores East I, LP f/k/a Wal-Mart Stores, Inc. d/b/a Walmart Supercenter #234, and Walmart Inc d/b/a Walmart Supercenter #234, in this cause

Jan 24, 2020
Date

_____
~~JUDGE~~ DC

# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

1/31
1:10

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
|---|---|
| Plaintiff/Petitioner:<br><br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| vs. | |
| Defendant/Respondent:<br> WAL-MART STORES EAST INC<br>DBA:  WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | WAL-MART STORES EAST INC |
|---|---|
| | Alias: |
| | DBA:  WAL-MART SUPERCENTER #234 |

RA CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service.  If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**CLAY COUNTY**

_____1/24/2020_____        _Chery Thompson_    _____
Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_Bonnie Love_ (name) _Intake Specialist_ (title).

☐ other _____.

Served at _120 S. Central_ (address)

in _County of St Louis_ (County/City of St. Louis), MO, on _1-31-20_ (date) at _1:10 Pm_ (time).

CARA VINCENT Pastori
Notary Public — Printed Name of Sheriff or Server                   Signature of Sheriff or Server

State of Missouri        **Must be sworn before a notary public if not served by an authorized officer:**
Commissioned for St. Louis County
My Commission Expires: November 20   Subscribed and sworn to before me on _1/31/20_ (date).
Commission Number: 18097713

My commission expires: _____
Date                                        Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (____ miles @ $.____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Clay - February 03, 2020 - 05:03 PM



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 | 1/31<br>1:10 |
|---|---|---|
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 | |
| vs. | | |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 | |
| Nature of Suit:<br>CC Pers Injury-Other | | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | WAL-MART STORES EAST I, LP<br>Alias: WAL-MART STORES INC.<br>DBA: WALMART SUPERCENTER #234 |

**RA: CT CORPORATION SYSTEM**
**120 SOUTH CENTRAL AVENUE**
**CLAYTON, MO 63105**

**COURT SEAL OF**

**CLAY COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____
Date

_____Cuy Thompson_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with
_____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

___Bonnie Love___ (name) ___Intake Specialist___ (title).

☐ other _____.

Served at ___120 ' Central___ (address)

in ___County of St Louis___ (County/City of St. Louis), MO, on ___1-31-20___ (date) at ___1:10 pm___ (time).

___Robert Pedroli___
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

CAROLYN DENT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: November 27, 2022
Commission Number: 18097713

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on ___1/31/20___ (date)

My commission expires: _____
Date

_____
Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $___10.00___ |
| Mileage | $_____ (_____ miles @ $_____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - Clay - February 03, 2020 - 05:04 PM



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

1/31
1:06

| | |
|---|---|
| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | **Case Number: 20CY-CV00825** |
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| | vs. |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | |
| | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: | WALMART, INC.<br>DBA: WALMART SUPERCENTER #234 |
|---|---|

RA: CT CORP. SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

**COURT SEAL OF**

*(COURT SEAL OF CLAY COUNTY, MISSOURI)*

**CLAY COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____          _____
Date                                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the petition to Donnie Lowe (name) Intake Specialist (title).

☐ other _____

Served at 120 S. Central (address)

in County of St. Louis (County/City of St. Louis, MO, on 1-31-20 (date) at 1:10 pm (time).

Robert Pulwis _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

CAROLYN DENT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: November 27, 2022
Commission Number: 18097713

Must be sworn before a notary public if not served by an authorized officer:
Subscribed and sworn to before me on 1/31/20 (date)
My commission expires: _____
Date                                              Notary Public

**Sheriff's Fees**

| | | |
|---|---|---|
| Summons | $ | |
| Non Est | $ | |
| Sheriff's Deputy Salary | | |
| Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ ( _____ miles @ $._____ per mile) | |
| **Total** | $ | |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

1/31
1:10

| | |
|---|---|
| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>BRENTWOOD, MO 63144 |
| vs. | |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| | |
|---|---|
| The State of Missouri to: | WAL-MART STORES EAST INC<br>Alias:<br>DBA: WAL-MART SUPERCENTER #234 |

RA CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

COURT SEAL OF

        You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

CLAY COUNTY

_____1/24/2020_____          _Cliff Thompson_     _____
Date                                                    Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to
_Bonnie Love_ (name) _Intake Specialist_ (title).

☐ other _____.

Served at _120 S. Central_ (address)

in _County of St Louis_ (County/City of St. Louis), MO, on _1-31-20_ (date) at _1:10 Pm_ (time).

_Robert Poston_                                _____
Printed Name of Sheriff or Server                    Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**
Subscribed and sworn to before me on _1/31/20_ (date).

CARLA PRATT
Notary Public - Notary Seal
State of Missouri
Commissioned for St. Louis County
My Commission Expires: November 25, 2020
Commission Number: 18097713

My commission expires: _____          _____
                                          Date                                    Notary Public

### Sheriff's Fees

| | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

*1/31*
*1:10*

| Judge or Division:<br>DAVID PAUL CHAMBERLAIN | Case Number: 20CY-CV00825 |
|---|---|
| Plaintiff/Petitioner:<br>YVETTE BURKE | Plaintiff's/Petitioner's Attorney/Address<br>JAMES VINCENT O'BRIEN<br>BUCHANAN, WILLIAMS<br>AND OBRIEN<br>2240 S BRENTWOOD<br>**vs.** BRENTWOOD, MO 63144 |
| Defendant/Respondent:<br>WAL-MART STORES EAST INC<br>DBA: WAL-MART SUPERCENTER #234 | Court Address:<br>11 S WATER<br>LIBERTY, MO 64068 |
| Nature of Suit:<br>CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to: WAL-MART STORES EAST INC<br>Alias:<br>DBA: WAL-MART SUPERCENTER #234 | |
|---|---|

RA CT CORPORATION SYSTEM
120 S CENTRAL AVE
CLAYTON, MO 63105

**COURT SEAL OF**

**CLAY COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____    _Clerk signature_
Date          Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within thirty days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years.

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

_Bonnie Love_ (name) _Intake Specialist_ (title).

☐ other _____.

Served at _120 S. Central_ (address)

in _County of St Louis_ (County/City of St. Louis), MO, on _1-31-20_ (date) at _1:10 pm_ (time).

_____    _____
Printed Name of Sheriff or Server        Signature of Sheriff or Server

CARLA PARENT
Notary Public Name of Sheriff or Server
State of Missouri **Must be sworn before a notary public if not served by an authorized officer:**
Commissioned for St. Louis County
My Commission Expires: November 2  Subscribed and sworn to before me on _1/31/20_ (date).
Commission Number: 18097713
My commission expires: _____      _____
Date         Notary Public

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $ 10.00 |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on **each** Defendant/Respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.



# IN THE 7TH JUDICIAL CIRCUIT COURT, CLAY COUNTY, MISSOURI

1/31

1:16

| Judge or Division | Case Number: 20CY-CV00825 |
|---|---|
| DAVID PAUL CHAMBERLAIN | |
| Plaintiff/Petitioner | Plaintiff's/Petitioner's Attorney/Address |
| YVETTE BURKE | JAMES VINCENT O'BRIEN |
| | BUCHANAN, WILLIAMS |
| | AND OBRIEN |
| | 2240 S BRENTWOOD |
| vs. | BRENTWOOD, MO 63144 |
| Defendant/Respondent | Court Address |
| WAL-MART STORES EAST INC | 11 S WATER |
| DBA· WAL-MART SUPERCENTER #234 | LIBERTY, MO 64068 |
| Nature of Suit | |
| CC Pers Injury-Other | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: WALMART, INC.
DBA: WALMART SUPERCENTER #234

RA. CT CORP. SYSTEM
120 SOUTH CENTRAL AVENUE
CLAYTON, MO 63105

*COURT SEAL OF*

*CIRCUIT COURT OF MISSOURI*

*CLAY COUNTY*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for Plaintiff/Petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

_____1/24/2020_____        _____
Date                                        Clerk

Further Information

### Sheriff's or Server's Return

Note to serving officer· Summons should be returned to the court within thirty days after the date of issue

I certify that I have served the above summons by (check one)

☐ delivering a copy of the summons and a copy of the petition to the Defendant/Respondent

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the Defendant/Respondent with _____ a person of the Defendant's/Respondent's family over the age of 15 years

☒ (for service on a corporation) delivering a copy of the summons and a copy of the petition to

___Bonnie Love___ (name) ___Intake Specialist___ (title)

☐ other _____

Served at ___120 S Central___ (address)

in ___County of St Lou s___ (County/City of St Louis), MO, on ___1-31-20___ (date) at ___1 10 pm___ (time)

___Robert Palwir___         _____
Printed Name of Sheriff or Server         Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on ___1/31/20___ (date)

| CAROLYN DENT | |
| Notary Public - Notary Seal | |
| State of Missouri | |
| Commissioned for St Louis County | commission expires _____ |
| My Commission Expires November 27, 2022 | Date          Notary Public |
| Commission Number 18097713 | |

| Sheriff's Fees | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary | |
| Supplemental Surcharge | $___10 00___ |
| Mileage | $_____ (___ miles @ $ ___ per mile) |
| Total | $_____ |

A copy of the summons and a copy of the petition must be served on each Defendant/Respondent  For methods of service on all classes of suits see Supreme Court Rule 54

IN THE CIRCUIT COURT OF CLAY COUNTY
STATE OF MISSOURI

YVETTE BURKE and     )
DANNY CRUMP,      )
            )
 Plaintiffs,       )
            )
 vs.          )  CASE NO.: 20CY-CV00825
            )
WAL-MART STORES EAST, INC.  )
d/b/a WAL-MART SUPERCENTER #234, )
WAL-MART STORES EAST I, LP f/k/a )
WAL-MART STORES, INC. d/b/a WALMART )
SUPERCENTER #234, and WALMART, INC. )
d/b/a WALMART SUPERCENTER #234 )
            )
 Defendant.      )

AND

YVETTE BURKE,      )
            )
 Plaintiff,       )
            )  CASE NO.: 18CY-CV09648
 vs.          )
            )
WAL-MART STORES EAST, INC. d/b/a )
WAL-MART SUPERCENTER #234,  )
            )
 Defendant.      )

**PLAINTIFF'S MOTION TO CONSOLIDATE**

COMES NOW Plaintiffs Yvette Burke and Danny Crump, by and through their counsel of

record, and hereby file their Motion to Consolidate case No. 20CY-CV00825 with case No. 18CY-

CV09648, both pending in the Circuit Court of Clay County, Missouri, and in support thereof,

states as follows:

1.  Case No. 20CY-CV00825 (the "instant case") was filed on January 20, 2020. The

claim in the instant case is for personal injuries sustained by Plaintiff Yvette Burke when she fell

due to a hazardous condition at the Wal-Mart Supercenter #234 in Clay County, Missouri on September 29, 2013.

2.      The same incident was also the subject of an earlier case, filed by predecessor counsel on September 24, 2018, Cause No. 18CY-CV09648.  In that case, service was never obtained on any Defendant.  The case was dismissed without prejudice on April 24, 2019 by predecessor counsel without notice to the Plaintiff Yvette Burke.

3.      In Cause No. 18CY-CV09648, Plaintiffs have filed a Motion to Set Aside Dismissal, seeking to reinstate the case, to go ahead and obtain service on the Defendants in the case.  There is a question in that case as to whether the proper Defendants were named prior to the expiration of the applicable statute of limitations.  Plaintiffs desire to set the Motion to Set Aside Dismissal for a hearing and have proved noticed to the named Defendants by sending copies of the Motion to the Defendants at the addresses they maintain with the Missouri Secretary of State.  However, since service of process was never obtained on any Defendant in the case, no attorney ever entered an appearance for the Defendants.

4.      In the instant case, service has been obtained upon the Defendants, and it is expected that they will retain attorneys who will enter an appearance.

5.      Under Supreme Court Rule 66.01(b), when civil actions involving a common question of law or fact are pending before the Court, it may order a joint hearing or trial, or order that all the civil actions be consolidated; and may make such orders concerning proceedings to avoid unnecessary costs or delay.

6.      In the matter before the Court, there are overlapping questions of fact and law in the two separate actions, in that both involve the same personal injury.  The only difference is that one case was filed before the expiration of the statute of limitations.

7.      No party will be prejudiced by the consolidation.

WHEREFORE, Plaintiffs pray that this Court enter an order consolidating the two cases identified herein, and for such other and further relief as the Court deems appropriate in the circumstances.

Respectfully submitted,

_____
Andrew S. Buchanan, #53824
James V. O'Brien, #31161
BUCHANAN, WILLIAMS & O'BRIEN, P.C.
1105 E. 32nd St., Suite 5
Joplin, MO 64804
Telephone: 417-623-8220
FAX: 417-781-9706
Email: abuchanan@bwoattorneys.com
        jobrien@bwoattorneys.com

*ATTORNEYS FOR PLAINTIFFS*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was sent via U.S. Mail, postage prepaid, this 14th day of February, 2020 to:

Wal-Mart Stores East LP
Registered Agent: CT Corporation System
120 South Central Avenue
Clayton, MO 63105

Wal-Mart Stores East, Inc
D/B/A Walmart Supercenter #234
Registered Agent: Secretary of State, State of Missouri
600 West Main
Jefferson City, MO 65102

And

702 S.W. 8th Street
Bentonville, AR 72716

Electronically Filed - Clay - February 14, 2020 - 01:10 PM

Wal-Mart Stores East I, LP
f/k/a Wal-Mart Stores, Inc.
d/b/a Walmart Supercenter #234
Registered Agent: CT Corporation System
120 South Central Avenue
Clayton, MO  63105

Walmart, Inc.
d/b/a Walmart Supercenter #234
Registered Agent: CT Corporation System
120 South Central Avenue
Clayton, MO  63105