# EXHIBIT B



# Property Account Summary

| Parcel Number | 18115000401600 | Property Address | 3821 N KENSINGTON AVE MO , KANSAS CITY, MO 00000 |
|---|---|---|---|

### General Information
| | |
|---|---|
| Property Description | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" |
| Property Category | Land and Improvements |
| Status | Active, Locally Assessed |
| Tax Code Area | 128 |

### Property Characteristics
No Property Characteristics Found

### Parties
| Role | Percent | Name | Address | Since |
|---|---|---|---|---|
| Taxpayer | 100 | BURKE YVETTE | ETAL PO BOX 28875, KANSAS CITY, MO 64188-8875 UNITED STATES | 10/18/2019 |
| Owner | 100 | BURKE YVETTE | ETAL PO BOX 28875, KANSAS CITY, MO 64188-8875 UNITED STATES | 10/18/2019 |
| Mortgage Company | 100 | LAND AMERICA TAX SERVICE CO 2 | 1123 PARKVIEW DR, COVINA, CA 91724 | 10/30/2019 |

### Property Values
| Value Type | Tax Year 2019 | Tax Year 2018 | Tax Year 2017 | Tax Year 2016 | Tax Year 2015 |
|---|---|---|---|---|---|
| Assessed Value Total (AVR) | 23,070 | 22,000 | 22,000 | 19,840 | 19,840 |
| Taxable Value Total (TVR) | 23,070 | 22,000 | 22,000 | 19,840 | 19,840 |

### Events
| Effective Date | Entry Date-Time | Type | Remarks |
|---|---|---|---|
| 10/18/2019 | 2019-10-22 14:31:00.000 | Taxpayer Changed | by asix |
| 10/18/2019 | 2019-10-22 12:56:00.000 | Owner Added | by asix |
| 10/17/2019 | 2019-10-22 12:56:00.000 | Owner Terminated | Load Party Information from file by asix |

No Charges are currently due.

No Charge Amounts are currently due for this property. If you believe this is incorrect, please contact our office at (816) 407-3200.

### Distribution of Current Taxes
| District | Amount | Voted Amount | Non-Voted Amount |
|---|---|---|---|
| COUNTY SERVICES | 40.79 | 0.00 | 40.79 |
| HANDICAP TAX | 26.07 | 0.00 | 26.07 |
| HEALTH TAX | 21.73 | 0.00 | 21.73 |
| KANSAS CITY | 368.20 | 0.00 | 368.20 |
| KCJC TAX | 47.22 | 0.00 | 47.22 |
| LIBRARY TAX | 83.82 | 0.00 | 83.82 |
| MENTAL HEALTH TAX | 21.73 | 0.00 | 21.73 |
| NORTH KANSAS CITY SCHOOL DISTRICT | 1,430.87 | 0.00 | 1,430.87 |
| STATE TAX | 6.92 | 0.00 | 6.92 |

### Receipts
| Date | Receipt No. | Amount Applied | Amount Due | Tendered | Change |
|---|---|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| 12/17/2019 | 3675565 | 2,047.35 | 2,047.35 | 2,047.35 | 0.00 |
| 12/24/2018 | 3478582 | 2,043.32 | 2,043.32 | 2,043.32 | 0.00 |
| 12/21/2017 | 3258411 | 2,027.04 | 2,027.04 | 2,027.04 | 0.00 |
| 11/30/2016 | 2920893 | 1,809.23 | 1,809.23 | 1,809.23 | 0.00 |
| 12/10/2015 | 2757704 | 1,808.54 | 1,808.54 | 1,808.54 | 0.00 |

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 2757704 | Date and Time: | 12/10/2015 | Print Date: | 3/5/2020 9:07:19 PM |
|---|---|---|---|---|---|

### Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 18115000401600 | 2015 | 128 | 1,808.54 | 0.00 | A/V Principal-Residential |

### Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BURKE YVETTE | ETAL ,KANSAS CITY ,MO64188-8875 | Lock Box | 1,808.54 |

### Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 18115000401600 | 2015 | COUNTY SERVICES | 38.291300000000 |
| | 2015 | HANDICAP TAX | 22.697000000000 |
| | 2015 | HEALTH TAX | 19.542500000000 |
| | 2015 | KANSAS CITY | 317.559900000000 |
| | 2015 | KCJC TAX | 46.485200000000 |
| | 2015 | LIBRARY TAX | 62.416800000000 |
| | 2015 | MENTAL HEALTH TAX | 19.225000000000 |
| | 2015 | NORTH KANSAS CITY SCHOOL DISTRICT | 1276.370200000000 |
| | 2015 | STATE TAX | 5.952000000000 |

### Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 18115000401600 | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" | 1 |

*Interest and penalty will be assessed on any unpaid balance amount. The unpaid balance amount shown on this receipt is valid as of time of payment. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 2920893 | Date and Time: | 11/30/2016 | Print Date: | 3/5/2020 9:08:12 PM |

## Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 18115000401600 | 2016 | 128 | 1,809.23 | 0.00 | A/V Principal-Residential |

## Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BURKE YVETTE | ETAL ,KANSAS CITY ,MO64188-8875 | Lock Box | 1,809.23 |

## Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 18115000401600 | 2016 | COUNTY SERVICES | 36.842900000000 |
| | 2016 | HANDICAP TAX | 23.450900000000 |
| | 2016 | HEALTH TAX | 19.542400000000 |
| | 2016 | KANSAS CITY | 319.543100000000 |
| | 2016 | KCJC TAX | 46.405800000000 |
| | 2016 | LIBRARY TAX | 62.555500000000 |
| | 2016 | MENTAL HEALTH TAX | 19.542400000000 |
| | 2016 | NORTH KANSAS CITY SCHOOL DISTRICT | 1275.395000000000 |
| | 2016 | STATE TAX | 5.952000000000 |

## Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 18115000401600 | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount**. The unpaid balance amount shown on this receipt is valid as of time of payment. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 3258411 | Date and Time: | 12/21/2017 | Print Date: | 3/5/2020 9:08:38 PM |

### Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 18115000401600 | 2017 | 128 | 2,027.04 | 0.00 | A/V Principal-Residential |

### Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BURKE YVETTE | ETAL ,KANSAS CITY ,MO64188-8875 | Personal Check | 2,027.04 |

### Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 18115000401600 | 2017 | COUNTY SERVICES | 42.746100000000 |
| | 2017 | HANDICAP TAX | 25.982100000000 |
| | 2017 | HEALTH TAX | 21.648000000000 |
| | 2017 | KANSAS CITY | 356.532700000000 |
| | 2017 | KCJC TAX | 50.534100000000 |
| | 2017 | LIBRARY TAX | 87.186100000000 |
| | 2017 | MENTAL HEALTH TAX | 21.648000000000 |
| | 2017 | NORTH KANSAS CITY SCHOOL DISTRICT | 1414.162800000000 |
| | 2017 | STATE TAX | 6.600000000000 |

### Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 18115000401600 | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount.** The unpaid balance amount shown on this receipt is valid as of time of payment. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 3478582 | Date and Time: | 12/24/2018 | Print Date: | 3/5/2020 9:08:56 PM |
|---|---|---|---|---|---|

### Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 18115000401600 | 2018 | 128 | 2,043.32 | 0.00 | A/V Principal-Residential |

### Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BURKE YVETTE | ETAL ,KANSAS CITY ,MO64188-8875 | Wire Transfer | 2,043.32 |

### Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 18115000401600 | 2018 | COUNTY SERVICES | 42.768100000000 |
| | 2018 | HANDICAP TAX | 25.960100000000 |
| | 2018 | HEALTH TAX | 21.648000000000 |
| | 2018 | KANSAS CITY | 373.626700000000 |
| | 2018 | KCJC TAX | 50.710100000000 |
| | 2018 | LIBRARY TAX | 87.186100000000 |
| | 2018 | MENTAL HEALTH TAX | 21.648000000000 |
| | 2018 | NORTH KANSAS CITY SCHOOL DISTRICT | 1413.172800000000 |
| | 2018 | STATE TAX | 6.600000000000 |

### Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 18115000401600 | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount**. The unpaid balance amount shown on this receipt is valid as of time of payment. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

Developed by Manatron/ASIX, Incorporated.
@2005-2006 All rights reserved.
Version 1.0.6626.23691



# Official Tax Payment Receipt

| Receipt No.: | 3675565 | Date and Time: | 12/17/2019 | Print Date: | 3/5/2020 9:09:19 PM |
|---|---|---|---|---|---|

### Receipt Details

| Parcel No. | Tax Year | TCA/District | Amount Applied | Unpaid Balance Amount* | Description |
|---|---|---|---|---|---|
| 18115000401600 | 2019 | 128 | 2,047.35 | 0.00 | A/V Principal-Residential |

### Name and Address Information

| Name | Address | Tender Type | Amount Applied |
|---|---|---|---|
| BURKE YVETTE | ETAL ,KANSAS CITY ,MO64188-8875 | Wire Transfer | 2,047.35 |

### Distribution to Districts

| Parcel No. | Tax Year | Agency | Amount |
|---|---|---|---|
| 18115000401600 | 2019 | COUNTY SERVICES | 36.369800000000 |
| | 2019 | HANDICAP TAX | 26.069100000000 |
| | 2019 | HEALTH TAX | 21.731900000000 |
| | 2019 | KANSAS CITY | 372.614900000000 |
| | 2019 | KCJC TAX | 47.224300000000 |
| | 2019 | LIBRARY TAX | 83.817300000000 |
| | 2019 | MENTAL HEALTH TAX | 21.731900000000 |
| | 2019 | NORTH KANSAS CITY SCHOOL DISTRICT | 1430.869800000000 |
| | 2019 | STATE TAX | 6.921000000000 |

### Real Estate Legal Descriptions

| Parcel No. | Legal Line | Line No. |
|---|---|---|
| 18115000401600 | "BEG 535'W & 191'N OF SE COR NW1/4 NW1/4, N73, W145, S73, E145 TO POB" | 1 |

**\*Interest and penalty will be assessed on any unpaid balance amount.** The unpaid balance amount shown on this receipt is valid as of time of payment. Changes in the taxable value may alter your unpaid balance amount.

Failure of this payment to clear your financial institution will void this receipt. A returned item fee and late penalty may be assessed.

Please verify with your financial institution that this payment has cleared.

| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| WESTERN DISTRICT OF MISSOURI | |
| Case number *(if known)* _____ | Chapter you are filing under:<br>☐ Chapter 7<br>☐ Chapter 11<br>☐ Chapter 12<br>■ Chapter 13    ☐ Check if this is an amended filing |

# Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy    12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | Your full name<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Yvette<br>First name<br><br>M.<br>Middle name<br><br>Burke<br>Last name and Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | All other names you have used in the last 8 years<br><br>Include your married or maiden names. | | |
| 3. | Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN) | xxx-xx-2467 | |

Official Form 101    Voluntary Petition for Individuals Filing for Bankruptcy    page 1

Debtor 1   Yvette M. Burke _____   Case number (if known) _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| 4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years<br><br>Include trade names and *doing business as* names | ■ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs | ☐ I have not used any business name or EINs.<br><br>Business name(s)<br><br>EINs |
| 5. Where you live | **3821 North Kensington Avenue**<br>**Kansas City, MO 64117**<br>Number, Street, City, State & ZIP Code<br><br>**Clay**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>**POB 28875**<br>**Kansas City, MO 64188**<br>Number, P.O. Box, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>Number, Street, City, State & ZIP Code<br><br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>Number, P.O. Box, Street, City, State & ZIP Code |
| 6. Why you are choosing *this district* to file for bankruptcy | Check one:<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | Check one:<br><br>☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1  Yvette M. Burke _____   Case number (if known) _____

### Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)*). Also, go to the top of page 1 and check the appropriate box.

- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☒ Chapter 13

**8. How you will pay the fee**

- ☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ☒ No.
- ☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |
| District | When | Case number |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☒ No
- ☐ Yes.

| Debtor | | Relationship to you |
|---|---|---|
| District | When | Case number, if known |
| Debtor | | Relationship to you |
| District | When | Case number, if known |

**11. Do you rent your residence?**

- ☒ No.  Go to line 12.
- ☐ Yes.  Has your landlord obtained an eviction judgment against you?
  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 3

Debtor 1  Yvette M. Burke                                                                                   Case number (if known) _____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12.** Are you a sole proprietor of any full- or part-time business?

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

_____

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

Number, Street, City, State & ZIP Code

_____

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13.** Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. 1116(1)(B).*

☒ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14.** Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?

☒ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

Where is the property?  _____

Number, Street, City, State & Zip Code

Debtor 1 **Yvette M. Burke** _____ Case number *(if known)* _____

**Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling**

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| 15. Tell the court whether you have received a briefing about credit counseling.<br><br>The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.<br><br>If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again. | *You must check one:*<br><br>☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court. | *You must check one:*<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**<br>Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.<br><br>☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**<br>Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.<br><br>☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**<br>To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.<br><br>Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.<br><br>If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.<br><br>Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.<br><br>☐ **I am not required to receive a briefing about credit counseling because of:**<br><br>☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.<br><br>☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.<br><br>☐ **Active duty.** I am currently on active military duty in a military combat zone.<br><br>If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court. |

Debtor 1  Yvette M. Burke                                                                       Case number *(if known)* _____

### Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

   **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   ☐ No. Go to line 16b.
   ☒ Yes. Go to line 17.

   **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

   ☐ No. Go to line 16c.
   ☐ Yes. Go to line 17.

   **16c.** State the type of debts you owe that are not consumer debts or business debts _____

**17. Are you filing under Chapter 7?**

   ☒ No. I am not filing under Chapter 7. Go to line 18.

   **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

   ☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
      ☐ No
      ☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☒ $100,001 - $500,000
☐ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

### Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Yvette M. Burke
_____            _____
Yvette M. Burke                                               Signature of Debtor 2
Signature of Debtor 1

Executed on  **December 23, 2019**            Executed on  _____
              MM / DD / YYYY                                               MM / DD / YYYY

Debtor 1  Yvette M. Burke _____ Case number *(if known)* _____

| | |
|---|---|
| **For your attorney, if you are represented by one**<br><br>**If you are not represented by an attorney, you do not need to file this page.** | I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect. |

/s/ Errin P. Stowell MO                                   Date   **December 23, 2019**
Signature of Attorney for Debtor                                 MM / DD / YYYY

**Errin P. Stowell MO 70499**
Printed name

**WM Law, PC**
Firm name

**15095 West 116th Street**
**Olathe, KS 66062**
Number, Street, City, State & ZIP Code

Contact phone   **(913) 422-0909**           Email address   **bankruptcy@wagonergroup.com**

**MO 70499 MO**
Bar number & State

Official Form 101                    Voluntary Petition for Individuals Filing for Bankruptcy                    page 7

Fill in this information to identify the case:

Debtor 1   Yvette M Burke

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri

Case number   19-43182

## Official Form 410S1
# Notice of Mortgage Payment Change                                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: Alabama Housing Finance Authority          Court claim no. (if known): 6

Last 4 digits of any number you use to
identify the debtor's account:    9  3  7  8

Date of payment change:
Must be at least 21 days after date    04/01/2020
of this notice

New total payment:                    $    902.51
Principal, interest, and escrow, if any

### Part 1:  Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
         the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $   480.74        New escrow payment:   $   365.78

### Part 2:  Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
         attached, explain why: _____

   Current interest rate:  _____%        New interest rate:  _____%

   Current principal and interest payment: $ _____   New principal and interest payment: $ _____

### Part 3:  Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
         (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____   New mortgage payment: $ _____

Debtor 1 **Yvette M Burke**
First Name  Middle Name  Last Name

Case number (if known) **19-43182**

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☑ I am the creditor.

☐ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ **/s/Marilyn Turner**
Signature

Date **02/25/2020**

Print: **Marilyn Turner**
First Name  Middle Name  Last Name

Title **Bankruptcy Specialist**

Company **Alabama Housing Finance Authority**

Address **PO Box 242928**
Number  Street

**Montgomery**   **AL**   **36124**
City  State  ZIP Code

Contact phone **334-244-5127**

Email **mturner@servsol.com**

Official Form 410S1  Notice of Mortgage Payment Change  page **2**

```
TRIAL ESCROW ANALYSIS

   BILLING N/A:   YVETTE BURKE
                  PO BOX 28875
                  KANSAS CITY MO 641880000

   PROPERTY ADDR: 3821 N KENSINGTON AVE
                  KANSAS CITY MO 64117-0000


                              PRESENT           NEXT       NEW     PMT   REQUIRED
TYP SQ EXPENSE ITEM  DUE  TERM DEPOSIT EST      DISB    DEPOSIT    EL    BALANCE
310 07 MIP RBP       12/20  12   74.77 00      879.00     73.25    03     219.75
312 01 COUNTY TAX    11/20  12  170.28 00     2047.35    170.61    04     682.44
351    HAZARD INS    11/20  12   98.50 00     1463.00    121.92    04     487.68
MIN    MIN BAL ADJ                     00                                 365.30
ADJ    SHORTAGE ADJ             137.19 00

        P&I         536.73                  ESCROW BAL          1,332.22
ESCROW  PMT         365.78       22.23
SPREAD  AMT           0.00   0 MOS        -    REQUIRED         1,755.17
   REP  RES           0.00                =    OVER/SHT             0.00
        A&H           0.00   ESTIMATE           SHORTAGE  SPREAD
        LIFE          0.00   LATE CHG  NO       DLQ OVG   LEAVE
        OTHER         0.00   CASH BASIS ANALYSIS  MIN-BAL   2.000
TOTAL   PMT         902.51      114.96-         BILLS PAID AFTER PMT
```

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the foregoing Notice of Payment Change to the parties listed below by placing a copy of the same in the United States Mail first-class, postage prepaid, on this the 25th day of February 2020.

/s/Marilyn Turner
Marilyn Turner
Bankruptcy Specialist

Yvette M. Burke
POB 28875
Kansas City, MO 64188

Errin P. Stowell
WM Law
15095 W 116th Street
Olathe, KS 66062

Richard Fink
Suite 1200
2345 Grand Blvd.
Kansas City, MO
64108-2663